### SPARKS *v.* OBER & SONS COMPANY.

EVANS, P. J. This is a motion to set aside a judgment rendered in the absence of the defendant and her attorney, and to reinstate the case. The evidence before the judge was sufficient to support a finding that the defendant was lacking in diligence, and there was no abuse of discretion in refusing to vacate the judgment and reinstate the case.

*Judgment affirmed. All the Justices concur.*
JUNE 13, 1912.

Motion to set aside judgment. Before Judge Felton. Bibb superior court. May 4, 1911.

DuPont Guerry and A. L. Dasher, for plaintiff in error.
Hall & Hall, contra.